# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HARRIS,<br><br>    Petitioner,<br><br>  v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | Case No. CV 11-3801-ODW (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 27, 2013

                     OTIS D. WRIGHT, II
                     UNITED STATES DISTRICT JUDGE